IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

COUNTY OF SANTA CLARA, *et al.*,

    Plaintiffs-Appellees,

    v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

    Defendants-Appellants.

No. 26-402

**JOINT MOTION TO HOLD APPELLATE PROCEEDINGS IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the parties jointly move for a stay of appellate proceedings pending this Court's resolution of the appeal captioned *County of King v. Turner*, No. 25-3664.

1. This case involves a challenge by local government entities to conditions of funding imposed by the U.S. Department of Homeland Security (DHS) and the Federal Emergency Management Agency (FEMA) on federal grants administered by DHS and FEMA. On November 21, 2025, the United States District Court for the Northern District of California entered a preliminary injunction prohibiting defendants from conditioning, freezing, or withholding funds from plaintiffs based upon the challenged conditions. Order Granting Preliminary Injunction, *County of*

*Santa Clara v. Noem*, No. 3:25-cv-08330-WHO (N.D. Cal. Nov. 21, 2025), Dkt. No. 74.

Last year, the United States District Court for the Western District of Washington enjoined the U.S. Department of Housing and Urban Development (HUD) and the U.S. Department of Transportation (DOT) from imposing or enforcing similar conditions on grants awarded to the plaintiffs in that case. Preliminary Injunction Order, *Martin Luther King, Jr. County v. Turner*, No. 2:25-cv-00814-BJR (W.D. Wash. June 3, 2025), Dkt. No. 169. The government has appealed in that case, which is fully briefed and scheduled for argument on February 9, 2026. *County of King*, No. 25-3664, Dkt. Nos. 11, 22, 29, 38.

2. The issues in this appeal are similar to the issues on appeal in *County of King v. Turner*. A stay of proceedings will promote judicial economy and conserve resources, as this Court's resolution of the appeal in *County of King* may inform the parties' briefing here. This Court has stayed appellate proceedings pending resolution of *County of King* in other cases involving grant conditions, including *City of Fresno v. Turner*, No. 25-7378 (9th Cir.), and *Housing Authority of the City and County of San Francisco v. Turner*, No. 26-233 (9th Cir.). The parties therefore respectfully request that this case be held in abeyance until the mandate issues in case number 25-3664.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

DANIEL TENNY
*/s/ Sarah N. Smith*
SARAH N. SMITH
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7533*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *Sarah.N.Smith@usdoj.gov*
  *(202) 305-0173*

*Attorneys for Defendants-Appellants.*

Dated: January 29, 2026

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA
HANNAH M. GODBEY
Deputy County Counsels

By: */s/ Hannah Godbey*
HANNAH GODBEY
Deputy County Counsel

*Attorneys for Plaintiff-Appellee*
*County of Santa Clara*

DAVID CHIU
City Attorney
YVONNE R. MERÉ

3

Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
TARA M. STEELEY
Chief of Appellate Litigation
MOLLIE M. LEE
Chief of Strategic Advocacy
DAVID S. LOUK
STEVEN A. MILLS
Deputy City Attorneys

By: /s/ *Steven A. Mills*
STEVEN A. MILLS
Deputy City Attorney

*Attorneys for Plaintiff/Appellee City and County of San Francisco*


By: */s/ Sharanya Mohan*
SHARANYA (SAI) MOHAN
NAOMI TSU
TOBY MERRILL
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

*Attorneys for Plaintiffs-Appellees City of Alameda, City of Bellingham, City of Berkeley, City of Culver City, Martin Luther King, Jr. County, County of Los Angeles, County of Marin, City of Oakland, City of Palo Alto, City of Pasadena, City of Petaluma, Pierce County, City of Sacramento, City of San Diego, San Diego County, City of San Jose, County of San Mateo, City of Santa Monica, City of Santa Rosa, County of Sonoma, Sonoma County Water Agency, Los Angeles County Consolidated Fire Protection District, Sonoma Valley County Sanitation District, Sonoma County Community Development Commission, Snohomish County, City of Tucson*

By: */s/ Michael J. Dundas*
Michael J. Dundas
Joshua M. Templet
200 North Main Street, Room 800
Los Angeles, California 90012
Mike.Dundas@lacity.org
Joshua.Templet@lacity.org
Telephone: (213) 978-8100

*Attorneys for Plaintiff-Appellee City of Los Angeles*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 342 words. This motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Sarah N. Smith*
SARAH N. SMITH

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System (ACMS). Participants in the case are registered ACMS users, and service will be accomplished by the ACMS.

                                               */s/ Sarah N. Smith*
                                               SARAH N. SMITH