UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JAN 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF SANTA CLARA; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,<br><br>    Defendants - Appellants. | No. 26-402<br><br>D.C. No.<br>3:25-cv-08330-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The joint motion (Docket Entry No. 15) to stay appellate proceedings is granted. Proceedings in this appeal are stayed pending issuance of the mandate in County of King, et al. v. Turner, et al. (No. 25-3664).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT